Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com
             kanders@jacobsenmcelroy.com

Counsel for Defendant
Trans Union, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MYUNG JIN MYRA KOZLOWSKI,<br>           Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; THE MOORE LAW GROUP, APC; HARVEY M. MOORE, in his individual capacity; and DOES 1-10;<br>           Defendants. | CASE NO. 1:18-cv-00131-DAD-EPG<br><br>**TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a limited liability company organized under the laws of Delaware.

TransUnion LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc.  TransUnion is a publicly traded entity.  Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

No public company directly owns 10% or more of the stock in Trans Union LLC. TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc.  Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.

                                        Respectfully submitted,

*/s/ Eileen T. Booth*

Date:   February 14, 2018

                                        Eileen T. Booth, Esq.
                                        Counsel for Defendant
                                        Trans Union, LLC