Donna Woo (State Bar No. 312876)
dwoo@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MYUNG JIN MYRA KOZLOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; THE MOORE LAW GROUP, APC; HARVEY M. MOORE In his individual capacity; and Does 1-10,<br><br>Defendants. | Case No. 1:18-cv-00131-DAD-EPG<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint filed:  January 25, 2018 |

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

  1.  Parent Companies:  The ultimate parent company of Experian is Experian plc.

  2.  Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a)  Central Source LLC

   (b)  Online Data Exchange LLC

   (c)  New Management Services LLC

   (d)  VantageScore Solutions LLC

   (e)  Opt-Out Services LLC

  3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: March 1, 2018         JONES DAY

                By: */s/ Donna Woo*
                   Donna Woo

                Attorneys for Defendant
                EXPERIAN INFORMATION
                SOLUTIONS, INC.

# **CERTIFICATE OF SERVICE**

I, Donna Woo, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 1, 2018, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** by electronic transmission.

I am familiar with the United States District Court for the Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Alexander J. Gershen<br>McGuireWoods LLP<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111<br>T: (415) 844-9944<br>F: (415) 844-9922<br>Email: agershen@mcguirewoods.com<br>*Attorneys for Bank of America, N.A.* | Eileen T. Booth<br>Jacobsen & McElroy<br>2401 American River Dr., Suite 100<br>Sacramento, CA 95825<br>T: (916) 971-4100<br>F: (916) 971-4150<br>Email: jhawkins@jacobsenmcelroy.com<br>*Attorneys for Trans Union LLC* |
| Scott E. Brady, PHV<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>T: (317) 363-2400<br>F: (317) 363-2257<br>Email: sbrady@schuckitlaw.com<br>*Attorneys for Trans Union LLC* | Ramin Mahdavi<br>The Moore Law Group, Apc<br>3710 South Susan Street, Suite 210<br>Santa Ana, CA 92704<br>T: (714) 431-2007<br>F: (714) 431-2008<br>Email: rmahdavi@collectmoore.com<br>*Attorneys for The Moore Law Group, APC; and Harvey M. Moore* |

1    I further certify that on March 1, 2018, I caused the foregoing document to be placed in a
2    sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California,
3    addressed to the following non-CM/ECF participant(s):

Myung Jin Myra Kozlowski
3816 Vista De Lago Ct.
Bakersfield, CA  93311
*Pro Se*

Executed on March 1, 2018 at Irvine, California.


                                            */s/ Donna Woo*
                                            Donna Woo