THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYUNG JIN MYRA KOZLOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No: 1:18-cv-00131-DAD-EPG<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") hereby certifies that it is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company. No other entity owns more than 10% of its stock..

Respectfully submitted this 5th day of March, 2018.

        NOKES & QUINN

        /s/ Thomas P. Quinn, Jr.
        THOMAS P. QUINN, JR.
        Attorneys for Defendant
        EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 1 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 5, 2018, I served a true copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1];

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ X ] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on March 5, 2018, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]

# SERVICE LIST

| | |
|---|---|
| Myung Jin Myra Kozlowski<br>3816 Vista De Lago Ct.<br>Bakersfield, CA 93311<br>***Plaintiff Pro Se*** | Ramin Mahdavi<br>The Moore Law Group, Apc<br>3710 South Susan Street, Suite 210<br>Santa Ana, CA 92704<br>714-431-2007<br>Fax: 714-431-2008<br>Email: rmahdavi@collectmoore.com<br>***Attorneys for Defendants The Moore Law Group, APC and Harvey M. Moore*** |
| Alexander J. Gershen<br>McGuireWoods LLP<br>Two Embarcadero Center<br>Suite 1300<br>San Francisco, CA 94111<br>(415) 844-9944<br>Fax: (415) 844-9922<br>Email: agershen@mcguirewoods.com<br>***Attorneys for Defendant Bank of America, N.A.*** | **Donna Woo**<br>Jones Day<br>3161 Michaelson Drive<br>Suite 800<br>Irvine, CA 92612<br>(949) 553-7562<br>Fax: (949) 553-7539<br>Email: dwoo@jonesday.com<br>***Attorneys for Defendant Experian Information Solutions, Inc.*** |
| Eileen T. Booth<br>Jacobsen & McElroy<br>2401 American River Dr.<br>Suite 100<br>Sacramento, CA 95825<br>916-971-4100<br>Fax: 916-971-4150<br>Email: jhawkins@jacobsenmcelroy.com | |
| Scott E. Brady , PHV<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>317-363-2400<br>Fax: 317-363-2257<br>Email: sbrady@schuckitlaw.com<br>***Attorney for Defendant Trans Union LLC*** | |

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]