THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYUNG JIN MYRA KOZLOWSKI, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Case No: 1:18-cv-00131-DAD-EPG <br><br> **DEFENDANT EQUIFAX INC.'S CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]** |

Defendant Equifax Inc. submits the following Corporate Disclosure Statement:

Equifax Inc. is publicly traded company on the NYSE. It has no parent corporation or other corporation owning more than 10% of its stock.

Respectfully submitted this 5th day of March, 2018.

                        NOKES & QUINN

                        /s/ Thomas P. Quinn, Jr.
                        THOMAS P. QUINN, JR.
                        Attorneys for Defendant
                        EQUIFAX INC.

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 5, 2018, I served a true copy of DEFENDANT EQUIFAX INC.'S CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1];

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ X ] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on March 5, 2018, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –
DEFENDANT EQUIFAX INC.'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]

## SERVICE LIST

Myung Jin Myra Kozlowski
3816 Vista De Lago Ct.
Bakersfield, CA 93311
***Plaintiff Pro Se***

Alexander J. Gershen
McGuireWoods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
(415) 844-9944
Fax: (415) 844-9922
Email: agershen@mcguirewoods.com
***Attorneys for Defendant Bank of America, N.A.***

Eileen T. Booth
Jacobsen & McElroy
2401 American River Dr.
Suite 100
Sacramento, CA 95825
916-971-4100
Fax: 916-971-4150
Email: jhawkins@jacobsenmcelroy.com

Scott E. Brady , PHV
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Fax: 317-363-2257
Email: sbrady@schuckitlaw.com
***Attorney for Defendant Trans Union LLC***

Ramin Mahdavi
The Moore Law Group, Apc
3710 South Susan Street, Suite 210
Santa Ana, CA 92704
714-431-2007
Fax: 714-431-2008
Email: rmahdavi@collectmoore.com
***Attorneys for Defendants The Moore Law Group, APC and Harvey M. Moore***

**Donna Woo**
Jones Day
3161 Michaelson Drive
Suite 800
Irvine, CA 92612
(949) 553-7562
Fax: (949) 553-7539
Email: dwoo@jonesday.com
***Attorneys for Defendant Experian Information Solutions, Inc.***

- 3 –

DEFENDANT EQUIFAX INC.'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]