UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION
  Kozlowski v. Bank of America, N.A., et al.,       )
    E.D. California, C.A. No. 1:18-00131            )      MDL No. 2800

CONDITIONAL TRANSFER ORDER (CTO 12)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On December 6, 2017, the Panel transferred 76 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 178 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action on this conditional transfer order comprises claims relating to: (1) allegations concerning the recent cybersecurity incident involving Equifax in which the personally identifiable information of more than 145 million consumers was compromised, which involve questions of fact that are common to the previously transferred MDL No. 2800 actions; and (2) allegations concerning plaintiff's dispute of an account with defendant Bank of America, N.A., and allegations that defendants reported inaccurate credit information, which do not involve such common questions of fact.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 6, 2017, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr. All counts except the Ninth cause of action in this action, which is the only count that relates to the recent Equifax data breach, are separated and simultaneously remanded to the Eastern District of California

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 20, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

MAR 20 2018

James N. Hatten, Clerk
By: _____
     Deputy Clerk