UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYUNG JIN MYRA KOZLOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | No. 1:18-cv-00131-DAD-EPG<br><br><br>ORDER DISMISSING DEFENDANTS EQUIFAX, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., AND TRANSUNION, LLC |

Plaintiff Myung Jin Myra Kozlowski filed a first amended complaint ("FAC") on May 24, 2018, in which it appears plaintiff has abandoned any claims or causes of action against defendants Equifax, Inc., Equifax Information Services, LLC, Experian Information Solutions Inc., and TransUnion, LLC in this case.[1] (Doc. No. 48.) Accordingly, the court directs the Clerk of the Court to terminate these defendants from this action.

IT IS SO ORDERED.

Dated: __June 5, 2018__

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's FAC contains stray references to "Defendant EXPERIAN" and "Defendants EXPERIAN and TRANS." (*See* Doc. No. 48 at ¶¶ 5, 8.) It is clear to the court, however, that these references were inadvertently copied from the original complaint since none of the factual allegations of the FAC make reference to Equifax, Inc., Equifax Information Services, LLC, Experian Information Solutions Inc., or TransUnion, LLC.

1