

FILED

SEP 27 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF
# CALIFORNIA
# BAKERSFIELD

MYUNG JIN MYRA KOZLOWSKI,

    Plaintiff,

-v-

BANK OF AMERICA, N.A.; et al.,

    Defendants.

Case No. 1:18-cv-00131-DAD-EPG

### PLAINTIFF'S **NOTICE OF SETTLEMENT AS TO DEFENDANT BANA**

Plaintiff hereby gives notice to the Court that she has entered into settlement agreement with Defendant Bank of America, N.A.

This Court will be notified when the parties have completed their stipulation agreement.

Dated this 24th day of Sept, 2018.

_____
Myung Jin Myra Kozlowski, Plaintiff, In Pro Per

NOTICE OF SETTLEMENT-BANA Page 1 of 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MYUNG JIN MYRA KOZLOWSKI,    Plaintiff,

vs.

BANK OF AMERICA, N.A., et al.,

Defendant(s).

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. 1:18-CV-00131-DAD-EPG

I hereby certify that on __09/24/2018__ (mm/dd/yyyy), I caused the following documents:

*PLAINTIFF'S NOTICE OF SETTLEMENT AS TO BANA*

*[Check the box, below, that applies to how you served the above documents.]*

☐ to be filed electronically with the Clerk of Court through ECF and/or

■ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

McGuireWoods, LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
For: BANK OF AMERICA, N.A.

Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
For: EQUIFAX, INC

Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
For: EQUIFAX INFORMATION SERVICES, LLC

Donna Woo
3161 Michaelson Drive, Suite 800
Irvine, CA 92612
For: EXPERIAN INFORMATION SOLUTIONS, INC.

Jacobsen & McElroy
2401 American River Dr, Suite 100
Sacramento, CA 95825
For: TRANSUNION, LLC

THE MOORE LAW GROUP, APC
3710 S. SUSAN STREET, SUITE 210
SANTA ANA, CALIFORNIA 92704
For: THE MOORE LAW GROUP, APC

THE MOORE LAW GROUP, APC
3710 S. SUSAN STREET, SUITE 210
SANTA ANA, CALIFORNIA 92704
For: HARVEY M. MOORE

Date: 9/24/2018

s/ _____
Signature of filing party

Myung Jin Myra Kozlowski
Filer's Typed Name