

FILED
OCT 15 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF
# CALIFORNIA
# BAKERSFIELD

MYUNG JIN MYRA KOZLOWSKI,

    Plaintiff,

-v-

BANK OF AMERICA, N.A.; et al.,

    Defendants.

Case No. 1:18-cv-00131-DAD-EPG

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT BANA

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

    I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

This dismissal is based on the settlement agreement signed by all parties on September 26 and 27, 2018.

Dated this 11th day of October, 2018.

_____
Myung Jin Myra Kozlowski, Plaintiff, In Pro Per
NOTICE OF DISMISSAL-BANA Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
BAKERSFIELD

MYUNG JIN MYRA KOZLOWSKI,

    Plaintiff,

-v-

BANK OF AMERICA, N.A.; et al.,

    Defendants.

Case No. 1:18-cv-00131-DAD-EPG

### [PROPOSED] ORDER RE: DISMISSAL AS TO DEFENDANT BANA

Having considered the parties' confidential settlement agreement, IT IS HEREBY ORDERED that this action is dismissed WITH PREJUDICE as to BANA pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this _____ of _____, 2018.

_____
Honorable Dale A. Drozd
U.S. District Court Judge Presiding

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MYUNG JIN MYRA KOZLOWSKI,   Plaintiff,

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

vs.

Case No. 1:18-CV-00131-DAD-EPG

BANK OF AMERICA, N.A., et al.,

Defendant(s).

I hereby certify that on __10/11/2018__ (mm/ dd/ yyyy), I caused the following documents:

PLAINTIFF'S NOTICE OF DISMISSAL AS TO BANA; PROPOSED ORDER

[Check the box, below, that applies to how you served the above documents.]

☐ to be filed electronically with the Clerk of Court through ECF and/ or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

McGuireWoods, LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
For: BANK OF AMERICA, N.A.

Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
For: EQUIFAX, INC

Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
For: EQUIFAX INFORMATION SERVICES, LLC

Donna Woo
3161 Michaelson Drive, Suite 800
Irvine, CA 92612
For: EXPERIAN INFORMATION SOLUTIONS, INC.

Jacobsen & McElroy
2401 American River Dr, Suite 100
Sacramento, CA 95825
For: TRANSUNION, LLC

THE MOORE LAW GROUP, APC
3710 S. SUSAN STREET, SUITE 210
SANTA ANA, CALIFORNIA 92704
For: THE MOORE LAW GROUP, APC

THE MOORE LAW GROUP, APC
3710 S. SUSAN STREET, SUITE 210
SANTA ANA, CALIFORNIA 92704
For: HARVEY M. MOORE

Date: 10/11/2018

s/ *signature*
Signature of filing party

Myung Jn Myra Kozlowski
Filer's Typed Name