UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYUNG JIN MYRA KOZLOWSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00131-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT BANK OF AMERICA, N.A. ON THE DOCKET**<br><br>(ECF No. 78) |

　　　　On October 15, 2018, Plaintiff filed a notice of voluntary dismissal of her claims against Defendant Bank of America, N.A. (ECF No. 78). Thus, the claims against said defendant have been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Bank of America, N.A. on the docket.

IT IS SO ORDERED.

　　Dated: __**October 16, 2018**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1